# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR180 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BILLY J. NESIBA and | ) | |
| CAROL NESIBA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Continue Rule 17.1 Hearing (Filing No. 35). Defense counsel have no objection to the continuation.

**IT IS ORDERED:**

1. The plaintiff's Motion to Continue Rule 17.1 Hearing (Filing No. 35) is granted.

2. The Rule 17.1 conference scheduled for July 6, 2012, at 9:30 a.m. is cancelled and is rescheduled for **11:00 a.m. on September 11, 2012**, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendants shall be present in person. The parties will be expected to engage in stipulations regarding testimony and exhibits to be introduced during the trial scheduled to commence before Judge Joseph F. Bataillon and a jury on October 22, 2012.

Dated this 3rd day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge